1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8   HERBERT C. GRIFFIN,

9                          Plaintiff,            Case No. C17-308-RAJ

10       v.                                      **ORDER DENYING APPLICATION
                                                 FOR COURT-APPOINTED
11  NANCY A. BERRYHILL, Acting                   COUNSEL**
    Commissioner of Social Security,
12
                           Defendant.
13

14

15          Plaintiff, Herbert C. Griffin, proceeds pro se and in forma pauperis in this civil action

16  seeking review of the Commissioner's denial of Social Security benefits.  Dkts. 1, 3, 4.  Plaintiff

17  now moves for court-appointed counsel to assist with his appeal.  Dkt. 5.  For the reasons

    discussed below, this application is DENIED.
18
            There is no absolute right to counsel in a civil action such as this one.  *See Hedges v.*
19
    *Resolution Trust Corp.*, 32 F.3d 1360, 1363 (9th Cir. 1994).  Under 28 U.S.C. 1915(e)(1), the
20
    Court may appoint counsel for civil litigants "unable to afford counsel", but may do so only in
21
    "exceptional circumstances."  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (quoting
22
    *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)); 28 U.S.C. 1915(e)(1).  In assessing
23
    whether "exceptional circumstances" exist, the Court will consider "the likelihood of success on

ORDER DENYING APPLICATION FOR COURT-APPOINTED
COUNSEL - 1

1     the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the

2     complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

3     Neither of these factors is dispositive and both must be viewed together before reaching a

4     decision[.]" *Wilborn*, 789 F.2d at 1331.

5            At this early stage, plaintiff presents insufficient evidence to establish a likelihood of

6     success on the merits.  Dkt. 4.  In response to the question of whether another agency has

7     "officially determined whether there is reasonable cause to believe the allegations of your

8     complaint are true[,]" the plaintiff alludes to a determination by California Health and Human

9     Services.  Dkt. 5.  However, plaintiff includes no documentation of that alleged determination

10    and the plaintiff's mere reference to a determination offers little additional insight into the

11    potential merits of his claims.  *Id.*  Moreover, plaintiff does not allege or explain in his motion

12    how or why the complexity of the issues in this case would prevent him from articulating his

13    claims pro se.  Dkt. 4.  In fact, based on the complaint, plaintiff's claim appears relatively clearly

14    articulated and to raise fairly straight-forward issues.  *Id.*  Specifically, plaintiff indicates that he

15    tore both of his rotator cuffs and was diagnosed with Type II diabetes which caused him to

16    become ill and experience weight loss, blurred vision and body pains.  *Id.*  Plaintiff indicates the

17    ALJ overlooked or did not properly consider the medical evidence or the testimony of the

18    vocational expert in reaching her decision.  *Id.*  Based on the limited information available thus

19    far in the proceeding, plaintiff appears able to articulate his claims relatively well pro se.

20    Plaintiff, therefore, has not presented exceptional circumstances that would justify appointing

21    counsel at this time.

22

23

ORDER DENYING APPLICATION FOR COURT-APPOINTED
COUNSEL - 2

1    For the foregoing reasons, plaintiff's application for court-appointed counsel (Dkt. 4) is

2  DENIED without prejudice.

3    DATED this 29th day of March, 2017.

4

5

6    _Richard A. Jones_

7    The Honorable Richard A. Jones
     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING APPLICATION FOR COURT-APPOINTED
COUNSEL - 3