UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT C. GRIFFIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C17-308-RAJ<br><br>**ORDER DIRECTING SERVICE** |

The Court has reviewed the record in the case and notes that plaintiff does not have a lawyer and is proceeding pro se. As such, the Court ORDERS:

(1) The Clerk shall provide a copy of this Order to plaintiff.

(2) Because plaintiff does not have a lawyer, the Clerk shall effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 27th day of July, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING SERVICE - 1