UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERBERT C. GRIFFIN,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Case No. C17-308-RAJ

**ORDER DIRECTING THE COMMISSIONER TO SUPPLEMENT THE RECORD**

Herbert C. Griffin has filed a pro se complaint alleging, in part, that the ALJ "overlooked or did not have all of the doctors' notes in front of her when making her decision." Dkt. 4. The Court understands Mr. Griffin's complaint to allege that the ALJ and the Appeals Council in issuing its final decision failed to properly consider all of the medical evidence. Mr. Griffin submitted additional medical records to the Appeals Council which considered them and in the Notice of Appeals Council Decision determined the records did not provide a basis for changing the ALJ's decision because the information was about a different time. Tr. 1-2. The Appeals Council rendered a final decision finding Mr. Griffin not disabled and denying his application for benefits. Tr. 5-9. However, all of the materials submitted to the Appeals Council were not included in the administrative record filed with the Court on September 25, 2017.

Because these materials appear to relate to Mr. Sorenson's complaint and were submitted

ORDER DIRECTING THE COMMISSIONER TO SUPPLEMENT THE
RECORD - 1

1  and considered by the Appeals Council, the Commissioner is hereby ORDERED to supplement
2  the record, on or before **November 13, 2017,** with the materials mentioned in the Notice of
3  Appeals Council Decision, namely, Adarezza Ferrer, M.D. dated June 3, 2015, Imaging
4  Healthcare Specialists dated October 29, 2015, San Diego Coastal Endocrinology Group dated
5  April 14, 2016, Community Research Foundation dated April 18, 2016, County of San Diego
6  dated May 11, 2016, American Medical Response San Diego dated August 9, 2016, and Family
7  Health Centers of San Diego dated from February 17, 2016 through August 19, 2016.  Tr. 1.
8  Upon the Commissioner's filing of the supplemental materials the Court will issue a scheduling
9  order.

10  The Clerk shall provide copies of this Order to the parties.

12  DATED this 20th day of October, 2017.

The Honorable Richard A. Jones
United States District Judge